AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ GUAM

UNITED STATES OF AMERICA

V.

DAN ZHU

**WARRANT FOR ARREST**

Case Number: CR-05-00048-001

**FILED**
DISTRICT COURT OF GUAM
OCT 14 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DAN ZHU _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

8:1324(a)(2)(B)(ii); & 18:2 & 6:251 & 557 - ALIEN SMUGGLING

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 6/15/2005    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Guam Intl. Airport

| DATE RECEIVED 6/15/05 | NAME AND TITLE OF ARRESTING OFFICER John Curry  CZDUSM | SIGNATURE OF ARRESTING OFFICER  CZDUSM |
|---|---|---|
| DATE OF ARREST 10/12/05 | | |