IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
OCT 14 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00048-001                                    DATE: October 14, 2005

***

HON. MICHAEL J. BORDALLO, Designated Judge, Presiding | Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles | Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:48:16 - 2:56:02 | CSO: N. Edrosa

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** DAN ZHU | **ATTY:** WILLIAM GAVRAS
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R. | ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON | **AGENT:**

**U.S. PROBATION:** STEVE GUILLIOT | **U.S. MARSHAL:** WOLFGANG CALVERT

**INTERPRETER:** FOO MEE CHUN CLINARD | **LANGUAGE:** MANDARIN

***

**PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:   AGE: 43   SCHOOL COMPLETED: COLLEGE IN CHINA
( X ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION

( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: THE CHARGE IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: DECEMBER 8, 2005 at 9:30 a.m.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Trial Order executed. Government concurred with the Pretrial Services Report regarding detention. Defense had nothing to offer at this time.

The Court remanded the defendant to custody of the U.S. Marshal Service.

Courtroom Deputy: _____