
FILED
DISTRICT COURT OF GUAM
OCT 14 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>vs.<br><br>DAN ZHU,<br><br>  Defendant. | CRIMINAL CASE NO. 05-00048-001<br><br>APPOINTMENT ORDER |

IT IS HEREBY ORDERED that **WILLIAM L. GAVRAS** is appointed to represent the defendant in the above-entitled case.

Dated this 14th day of October, 2005.

_____
MICHAEL J. BORDALLO, DESIGNATED JUDGE
DISTRICT COURT OF GUAM