| | |
|---|---|
| USA,　　　　　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>Dan Zhu,<br><br>　　　　　　　　　Defendant. | Case No. 1:05-cr-00048<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order and Trial Order filed October 14, 2005*, on the dates indicated below:

*U.S. Attorney's Office*　　　　　　　　　*William L. Gavras*
*October 17, 2005*　　　　　　　　　　　*October 17, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order and Trial Order filed October 14, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 19, 2005　　　　　　　　　　/s/ Leilani R. Toves Hernandez
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk