# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Dan Zhu, <br><br> Defendant. | Case No. 1:05-cr-00048 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order of Detention Pending Trial filed October 14, 2005*, on the dates indicated below:

*U.S. Attorney's Office*   *William L. Gavras*   *U.S. Probation Office*   *U.S. Marshal Service*
*October 17, 2005*         *October 17, 2005*    *October 17, 2005*        *October 17, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order of Detention Pending Trial filed October 14, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 19, 2005                /s/ Leilani R. Toves Hernandez
                                          Deputy Clerk