# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Dan Zhu, <br><br> Defendant. | Case No. 1:05-cr-00048 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA 20 and CJA 21 Vouchers, filed November 7, 2005,* on the date indicated below:

*William L. Gavras*
*November 7, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 20 and CJA 21 Voucher, filed November 7, 2005*

were served on the above listed entity in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 7, 2005          /s/ Virginia T. Kilgore
                                                    Deputy Clerk