

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

**FILED**
DISTRICT COURT OF GUAM
DEC 14 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00048-001**  **DATE: December 14, 2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Official Court Reporter: Wanda M. Miles          Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:46:24 - 11:18:03          CSO: F. Tenorio

**APPEARANCES**

**DEFT:** DAN ZHU          **ATTY:** WILLIAM GAVRAS
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.          ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON          AGENT: BYRON FARLEY, U.S.C.B.P.

U.S. PROBATION: CARMEN O'MALLAN          U.S. MARSHAL: VICTOR ROMAN

INTERPRETER: FOO MEE CHUN CLINARD          LANGUAGE: MANDARIN

**PROCEEDINGS:          CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:     AGE: 42     SCHOOL COMPLETED: COLLEGE
( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION AND ADVISES THE
         DEFENDANT OF THE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: ALIEN SMUGGLING
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: 12/01/2005     PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( x ) SENTENCING DATE: March 14, 2006    at   9:30 a.m.   ( ) STATUS HEARING: _____
( x ) PRESENTENCE REPORT ORDERED AND DUE: February 7, 2006

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to enter her plea before a U.S. Magistrate Judge. The Court executed the Report and Recommendation.

Government informed the Court that the defendant will be testifying for a trial set in January. Defense moved for a Presentence Report due date so that they can proceed to sentencing once the trial has concluded. No objections - Granted.

Courtroom Deputy: