ORIGINAL

FILED
DISTRICT COURT OF GUAM
JAN 09 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00048 |
| Plaintiff. ) | |
| ) | **ORDER ACCEPTING PLEA OF GUILTY** |
| vs. ) | **AND ADJUDICATING GUILT, AND** |
| ) | **NOTICE OF SENTENCING** |
| DAN ZHU, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging her with Alien Smuggling, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on March 14, 2006 at 9:30 a.m.

IT IS SO ORDERED.

DATED this 9th day of January 2006.

_____
DONALD M. MOLLOY*
District Judge

---

* The Honorable Donald M. Molloy, United States Chief District Judge for the District of Montana, sitting by designation.