# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>             Plaintiff,<br><br>   vs.<br><br>Dan Zhu,<br><br>             Defendant. | Case No. 1:05-cr-00048-001<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing filed January 9, 2006,* filed on the dates indicated below:

| | | |
|---|---|---|
| *U.S. Attorney's Office* | *Rawlen Mantanona* | *William L. Gavras* |
| *January 9, 2006* | *January 10, 2006* | *January 11, 2006* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing filed January 9, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 11, 2006                                    /s/ Leilani R. Toves Hernandez
                                                                             Deputy Clerk