danzhustp2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

FEB 14 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00048 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATED MOTION TO** <br> ) **CONTINUE SENTENCING** |
| DAN ZHU, | ) |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant through her counsel, William Gavras, hereby motion this Honorable Court to continue the Sentencing hearing currently scheduled for March 14, 2006, and that it be continued for one (1) month, at a date and time to be selected by the court at it's convenience.

The defendant is set to testify at the trial of her co-defendant, Steven Salii. A continuance will enable the government to assess the degree of her assistance.

2/13/06
_____
DATE

_____
WILLIAM GAVRAS
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

2/10/06
_____
DATE

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney