danzhustp2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00048 |
| Plaintiff, | ) |
| | ) **O R D E R** |
| vs. | ) Re: February 14 2006 |
| | ) Stipulated Motion to Continue |
| DAN ZHU, | ) Sentencing |
| Defendant. | ) |

**IT IS SO ORDERED** that the Sentencing hearing currently scheduled for March 14, 2006, is hereby rescheduled to Wednesday, April 12, 2006, at 9:30 a.m.

February 15, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL