IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
APR 12 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00048-001                              DATE: APRIL 12, 2006

HON. ROGER T. BENITEZ, District Judge, Presiding          Law Clerk: None Present
Official Court Reporter: Wanda M. Miles                   Courtroom Deputy: Glenn Rivera
Hearing Electronically Recorded: 11:17.42 - 11:28.15      CSO: N. Edrosa / J. Lizamo

**********************A P P E A R A N C E S**************************

**DEFT:** DAN ZHU                                         **ATTY:** WILLIAM GAVRAS
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                              AGENT: PAUL GRIFFITH

U.S. PROBATION: CARLEEN BORJA                             U.S. MARSHAL: D. PUNZALAN / W. GRAY

INTERPRETER: JULIA K. BERG                                LANGUAGE : MANDARIN

**PROCEEDINGS:         SENTENCING**

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
   Base offense level:          Total offense level:          Criminal History Category:

( ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES:

**DEFENSE ORAL REQUEST FOR CONTINUANCE - GRANTED**

**SENTENCING CONTINUED TO JUNE 15, 2006 AT 9:00AM**

Courtroom Deputy: