IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**




**FILED**
DISTRICT COURT OF GUAM
JUN 15 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00048-001**                **DATE: June 15, 2006**

HON. JOHN A. HOUSTON, Designated Judge, Presiding         Law Clerk: None Present
Official Court Reporter: Wanda M. Miles                   Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:20:33 - 9:23:57        CSO: F. Tenorio

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** DAN ZHU                                         **ATTY:** WILLIAM GAVRAS - not present
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON                          **AGENT:**

**U.S. PROBATION:** CARLEEN BORJA                         **U.S. MARSHAL:** D. PUNZALAN / V. ROMAN

**INTERPRETER:** FOO MEE CHUN CLINARD                     **LANGUAGE:** MANDARIN

**PROCEEDINGS:**          **SENTENCING**

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:        Total offense level:        Criminal History Category:

( ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

**NOTES:**

Government represented to the Court that the defendant is a key witness in the upcoming trial of the co-defendant which is scheduled for June 26, 2006. Government moved for a continuance. The Court accepted counsel's representation and continued the matter to July 5, 2006 at 9:30 a.m.

The Court advised the defendant of the continuance and instructed her to direct any questions or concerns to her attorney.