# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

**FILED**
DISTRICT COURT OF GUAM
JUN 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

United States of America

V.

**DAN ZHU**

NOTICE

CASE NUMBER: CR-05-00048-001

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue** | Wednesday, July 5, 2006 at 9:30 a.m. | Friday, July 7, 2006 at 1:00 p.m. |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

*/s/ Hernandez*

**June 30, 2006**
DATE

(BY) DEPUTY CLERK

TO: U.S. Attorney's Office
William L. Gavras
U.S. Probation Office
U.S. Marshals Service

**ORIGINAL**