# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Dan Zhu, et al., <br><br> Defendant. | Case No. 1:05-cr-00048 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Notice of Hearing filed June 30, 2006, on the dates indicated below:

| U.S. Attorney's Office | U.S. Marshals Service | U.S. Probation Office | Law Offices of Gorman and Gavras |
|---|---|---|---|
| July 3, 2006 | July 3, 2006 | July 3, 2006 | July 5, 2006 |

I, Melissa L. Trauner, declare under the penalty of perjury that on the above listed date(s) the:

Notice of Hearing filed June 30, 2006,

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 6, 2006                                /s/ Melissa L. Trauner
                                                         Deputy Clerk