# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES
### SENTENCING

CASE NO.: CR-05-00048-001　　　　　　　　　　DATE: July 07, 2006

---

HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding
　　Law Clerk: Mary Lou Johnson　　　　　　Court Reporter: Wanda Miles
　Courtroom Deputy: Leilani Toves Hernandez　Electronically Recorded: 8:38:09 - 8:49:40
　　　　CSO: B. Pereda

---

**APPEARANCES:**

　Defendant: Dan Zhu　　　　　　　　　　　　Attorney: William Gavras
　　　☑ Present ☑ Custody ☐ Bond　　　　　　　☑ Present ☐ Retained
　　　☐ P.R.　　　　　　　　　　　　　　　　　☐ FPD ☑ CJA
　U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent:
　U.S. Probation: Carleen Borja　　　　　　　U.S. Marshal: V. Roman
　　Interpreter: Foo Mee Chun Clinard　　　　Language: Mandarin
　　　☐ Sworn ☑ Previously Sworn

---

**PROCEEDINGS: Sentencing**
- Court Stated the Appropriate Base Offense Levels:
  Base Offense Level: 12
  Total Offense Level: 10
  Criminal History Category: I
- No Objections by the Government and Defense
- Attorney for Defendant Addressed the Court and Made its Recommendation
- Defendant Addressed the Court and Apologized
- Government Addressed the Court and Made its Recommendation
- Government's Oral Motion for Downward Departure <u>Granted</u>
- Defendant Committed to the Bureau of Prisons for a Term of <u>Time Served</u>
- Upon Release from Imprisonment, Defendant Is Placed on Supervised Release for a Term of <u>3 years</u>, with Conditions (Refer to Judgment for Conditions of Supervised Release)
- All Fines Waived by the Court
- Defendant Was Ordered to Pay a Special Assessment Fee of $100.00.
- Court Stated the Justification of the Sentence Imposed
- Defendant Was Advised of Her Appeal Rights
- Defendant Remanded to the Custody of the U.S. Marshals Service for Processing

**NOTES:**