# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Dan Zhu,<br><br>    Defendant. | Case No. 1:05-cr-00048-001<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment filed July 7, 2006***, on the dates indicated below:

*U.S. Probation Office*       *U.S. Marshals Service*
*July 10, 2006*         *July 10, 2006*
*(5 certified copies)*       *(1 certified copy)*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment filed July 7, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 12, 2006             /s/ Leilani R. Toves Hernandez
                        Deputy Clerk