# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Dan Zhu,<br><br>    Defendant. | Case No. 1:05-cr-00048-001<br><br><br>**AMENDED<br>CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Unredacted Judgment and the Notice of Entry of Order filed July 7, 2006*, on the dates indicated below:

| | | |
|---|---|---|
| *U.S. Attorney's Office* | *William Gavras* | *U.S. Probation Office* |
| *July 10, 2006* | *July 10, 2006* | *July 10, 2006* |
| | | *(Unredacted Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Unredacted Judgment and the Notice of Entry of Order filed July 7, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 13, 2006               /s/ Leilani R. Toves Hernandez
                                Deputy Clerk