William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
DAN ZHU



**FILED**
DISTRICT COURT OF GUAM

AUG -2 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAN ZHU,<br><br>Defendant. | CRIMINAL CASE NO. 05-00048<br><br>STIPULATION TO RELEASE PASSPORT |

### STIPULATION

COME NOW the parties and hereby stipulate and agree that the passport of Defendant, Dan Zhu should be released to Defendant's attorney, William L. Gavras, Esq. by the Clerk of Court.

SO STIPULATED:

LAW OFFICES OF GORMAN & GAVRAS

Date: July 18, 2006.

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
DAN ZHU

**ORIGINAL**

USA v. Zhu, CV0407-03
Stipulation to Release Passport
July 2006

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and CNMI

Date: July 31, 2006.      By: _Frederick A. Black for K.J._
                                      KARON V. JOHNSON
                                      Assistant U.S. Attorney