William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
DAN ZHU

FILED
DISTRICT COURT OF GUAM
AUG - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00048 |
| Plaintiff, | |
| vs. | ORDER |
| DAN ZHU, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk's Office release Defendant's passport to her attorney, William L. Gavras, Esq.

SO ORDERED this 3 day of August, 2006.

James Ware
JAMES WARE
Judge, District Court of Guam

ORIGINAL