# FILED
**DISTRICT COURT OF GUAM**

MAY 20 2008

**JEANNE G. QUINATA**
**Clerk of Court**



## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00048-002 |
| Plaintiff, | |
| vs. | **RECEIPT OF EXHIBITS** |
| STEVEN SALII, | |
| Defendant. | |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ]  Government's          [  ]  Defendant's          [  ]  Joint

**EXHIBIT NO.          DESCRIPTION**

SEE ATTACHED UNITED STATES' EXHIBIT LIST
FILED ON 3/2/2006

SEE ATTACHED UNITED STATES' AMENDED EXHIBIT
LIST FILED ON 7/5/2006

_____
Signature

_____
Name

_____
Date

_____
Office/Firm Receiving Exhibits

stevensaliiexh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

MAR - 2 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00048 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **UNITED STATES'** |
| vs. | ) | **EXHIBIT LIST** |
| STEVEN SALII, | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States and hereby files with the Court the following proposed

exhibits to be introduced in its case-in-chief:

Respectfully submitted this 2nd day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 1) | Photograph of Yan QIU (black + white) | 6·27·06 | 6·26·06 |
| 2) | Biopage of passport of Yuk Ching FU – Republic of Singapore Entire Passport (orange) | 6·27·06 | 6·26·06 |
| 3) | Customs Declaration of QIU on December 5, 2004 | 6·27·06 | 6·26·06 |
| 4) | Customs Declaration of Salii on December 5, 2004 | 6·27·06 | 6·26·06 |
| 5) | Continental reservation history (copy w/ Yellow highlighted areas) | 6·27·06 | 6·26·06 |
| 6) | Passenger list, CO 954, Koror to Guam | 6·28·06 | 6·26·06 |
| 7) | Continental passenger history re CO 954 | 6·28·06 | 6·26·06 |
| 8) | Reservation/passenger history, CO 953, Guam to Koror | 6·28·06 | 6·26·06 |
| 9) | Passenger list, CO 953 (generated by Immigration) | 6·28·06 | 6·26·06 |

stevensaliiexh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

JUL - 5 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00048 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' AMENDED EXHIBIT LIST** |
| STEVEN SALII, | ) | |
| Defendant. | ) | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this 5th day of July, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 1) | Photograph of Yan QIU (colored) | 7-5-06 | 7.5.06 |
| 2) | Biopage of passport of Yuk Ching FU (orange passport) | 7-5-06 | 7.5.06 |
| 3) | Customs Declaration of QIU on December 5, 2004 | | 7.5.06 |
| 4) | Customs Declaration of Salii on December 5, 2004 | | 7.5.06 |
| 5) | Continental reservation history | 7-5-06 | 7.5.06 |
| 6) | Passenger list, CO 954, Koror to Guam | 7.5.06 | 7.5.06 |
| 7) | Continental passenger history re CO 954 | 7.5.06 | 7.5.06 |
| 8) | Reservation/passenger history, CO 953, Guam to Koror | 7-5-06 | 7.5.06 |
| 9) | Passenger list, CO 953 | 7.6.06 | 7.5.06 |
| 10) | Photo throw-down shown to Qiu Yan | 7.5.06 | 7-5-06 |
| 11) | Photo throw-down shown to Dan Zhu | 7-5-06 | 7.5.06 |
| 12) | Payroll Records from Palau Ministry of Finance:<br>(A) Pay Periods for 2004 (Nov-Dec 2004) | 7-6.06 | 7.5-06 |
| | (B) Timesheet prepared by Ms. Etiterngel | 7-6-06 | 7-5-06 |
| | (C) Timesheet sent to Finance Office for Payperiod 11/28/04 - 12/11/04 | 7-6-06 | 7-5-06 |
| 13) | Side-by-side photographs of Qiu and Ching | 7.5.06 | 7-5-06 |

*substituted for*

* 12C Application for leave, 12/6/04 - 01/04/05    Steven Salii     7-6-06    7.6.06

* 12B Republic of Palau Timesheet for Cycle Ending 12/11/04    7.6.06    7.6.06

* 12A Palau Bureau of Public Works Timesheet for pay period #26, year 2004    7-6-06    7.6.06